## DURANDO *against* MOONEY.

*On moving to amend a justice's return to a writ of certiorari, the return, and affidavit upon which the writ was founded, or copies thereof, should be produced.*

S. A. FOOT, moved to amend a Justice's return to a writ of *certiorari.*

*Lovett,* contra, objected, that neither the return and affidavit on which the *certiorari* was founded, nor copies thereof, were produced.

*Curia.* The motion must, for that reason, be denied.

Motion denied.

## HOBBY *against* SMITH.

*A circuit judge cannot practice as an attorney ;
And, therefore, service of papers upon him, in a cause wherein, before his appointment, he was attorney, is irregular.*

S. H. FOOT, moved for judgment as in case of nonsuit.

*J. A. Spencer,* contra, objected, that notice of the motion had been served on the Hon. *William Nelson,* formerly attorney in the cause, since his appointment to the office of Circuit Judge. He cited *Given* v. *Driggs.*(a)

*Foot.* This does not prevent his practicing as attorney.

*Curia.* It was held otherwise by the Court of Errors, at their last *September* term. They decided that a Circuit Judge could not act as counsel in that Court.

(a) 3 *Caines'*
*Rep.* 150.

Motion denied.